IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:08-CV-00606-WDM-MJW

ROBERTO TREVINO and
ARTURO BUENO,

    Plaintiffs,

v.

SHAMROCK FOODS COMPANY, INC.,
a/k/a UNITED FOOD SERVICE, INC., and
NOLAN SMITH, individually,

    Defendants.

---

ORDER ( Docket p. 13 )

---

THIS MATTER, having come before this Court on Plaintiffs' Unopposed Motion to Amend Complaint, and this Court being duly advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and Plaintiffs' Amended Complaint is deemed filed on the date this Order is executed.

Dated: May 29, 2008

Magistrate Judge Michael J. Watanabe