IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-00606-WDM-MJW

ROBERT TREVINO, et al.,

    Plaintiffs,

v.

SHAMROCK FOODS COMPANY, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CLAIMS 3-11 ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, claims 3-11 of the complaint are dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 29, 2008.

                                                  BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge